**Order entered October 16, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01250-CV

## IN RE JOE TRAMPAS BENAVIDES, Relator

**Original Proceeding from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-9921709-MW**

## ORDER

Before Justices Bridges, Lang-Miers and Stoddart

Based on the Court's opinion of this date, we **DISMISS** the petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/      ELIZABETH LANG-MIERS
            JUSTICE